# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1511
L.T. Case No. 2022-CA-000559

———————————————

TAUREAN ROBERTO GRAHAM,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Sumter County.
Michelle T. Morley, Judge.

Taurean Roberto Graham, Perry, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach,
for Appellee.

September 17, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____